IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HOWARD WAYNE JONES                                                                PLAINTIFF
ADC #76111

V.                          NO. 5:05CV00195 GH

N. SEALS                                                                          DEFENDANT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint, without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order and this judgment entered thereunder would not be taken in good faith.

IT IS SO ORDERED this 15th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE